In the Matter of the Estate of VERONICA C. LANEY, Deceased. THOMAS CURRAN, Respondent; CLARENCE LANEY, as Administrator of the Estate of VERONICA C. LANEY, Deceased, Appellant.

Argued January 4, 1949; decided January 13, 1949.

*Manly Fleischmann, Albert R. Mugel* and *Harold P. Kelly* for appellant.

*Charles F. Boine* and *Thomas E. Delahunt* for respondent.

Order affirmed, with costs to respondent payable by appellant individually; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.